| | |
|---|---|
| Andrew G. DiNovo. PHV Pending<br>Victor G. Hardy. PHV Pending<br>adinovo@dpelaw.com<br>vhardy@dpelaw.com<br>DINOVO PRICE ELLLWANGER & HARDY<br>7000 N. MoPac Expressway, Suite 350<br>Austin, Texas 78731<br>Telephone: 512.539.2626<br>Facsimile: 512.539.2627 | Ryan R. Smith, CSB No. 229323<br>rsmith@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  650.493.9300<br>Facsimile:  650.493.6811<br><br>Attorneys for Defendant<br>NETGEAR INC. |

William Paul Schuck, CSB No. 203717
pschuck@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.956.1900
Facsimile:  415.956.1152

Attorneys for Plaintiffs
VIA VADIS, LLC and AC TECHNOLOGIES, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIA VADIS, LLC, et al.,<br>　　　　　Plaintiffs,<br>　v.<br>NETGEAR INC.,<br>　　　　　Defendant. | Case No. 3:15-cv-03573-RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR STAY PENDING *INTER PARTES* REVIEW**<br><br>Honorable Richard Seeborg |

1   WHEREAS, Plaintiffs Via Vadis, LLC and AC Technologies, S.A. (collectively,
2   "Plaintiffs") allege that Defendant NETGEAR, Inc. ("NETGEAR") infringes various claims of
3   U.S. Patent Nos. 8,656,125; 7,904,680; and RE 40,521 (collectively, "patents-in-suit").  On
4   August 25, 2015, Amazon.com, Inc. and Blizzard Entertainment, defendants in cases currently
5   pending in the Western District of Texas, filed four *Inter Partes* Review Petitions with the U.S.
6   Patent and Trial Appeal Board ("PTAB"), having case numbers IPR2015-1802, IPR2015-1803,
7   IPR2015-1804, and IPR2015-1805 (collectively, "IPRs"), alleging that all claims of the patents-in-
8   suit are invalid.

9   WHEREAS, the Parties anticipate expending significant resources on this litigation,
10  including discovery, claim construction, and potentially trial, during the pendency of the IPRs;

11  WHEREAS, NETGEAR has agreed to be estopped from alleging invalidity on the grounds
12  actually raised in the IPRs, upon which the PTAB issues a final written decision, which become
13  non-appealable;

14  WHEREAS, the Parties agree that resolution of the pending IPRs will streamline this
15  litigation and may assist in the Parties' efforts to reach a settlement agreement.  For example, the
16  IPRs could impact the intrinsic record of the patents-in-suit, which could, in turn, impact claim
17  construction issues.  The IPRs could also result in all the claims of the patents-in-suit being
18  invalidated.  A stay would, therefore, result in substantial saving for the Parties and would
19  conserve judicial resources;

20  IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their respective
21  counsel, that the Court should vacate all deadlines in the above-captioned matter and enter a stay
22  of all proceedings in this matter pursuant to the agreement of the Parties described herein pending
23  the PTAB's final non-appealable decision on the IPRs.  Within thirty-days of the PTAB's decision
24  to institute the IPRs, the Parties shall submit a joint status report to the Court.  To the extent that
25  the PTAB institutes any of the IPRs, the parties shall submit an additional joint status report to the
26  Court within thirty-days of issuance of the PTAB's final decision on the IPRs, once such decision
27  becomes non-appealable.
28  IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: October 30, 2015 | | BARTKO ZANKEL BUNZEL & MILLER |
| | By: | */s/ William Paul Schuck* |
| | | William Paul Schuck |

Attorneys for Plaintiffs
Via Vadis, LLC and AC Technologies, S.A.


WILSON SONSINI GOODRICH & ROSATI

By:      */s/ Ryan R. Smith*
               Ryan R. Smith

Attorneys for Defendant
NETGEAR INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  11/2/15

_____
The Honorable Richard Seeborg
United States District Judge