Andrew G. DiNovo *(Pro Hac Vice)*
Gabriel R. Gervey *(Pro Hac Vice)*
DiNovo Price LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627
adinovo@dinovoprice.com
ggervey@dinovoprice.com

W. Paul Schuck, CSB No. 203717
Bartko, Zankel, Bunzel & Miller
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152
pschuck@bzbm.com

ATTORNEYS FOR PLAINTIFFS
VIA VADIS, LLC and
AC TECHNOLOGIES, S.A.

Ryan R. Smith, CSB No. 229323
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811
rsmith@wsgr.com

ATTORNEYS FOR DEFENDANT
NETGEAR, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIA VADIS, LLC, et al.,<br><br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>NETGEAR, INC.,<br><br>　　　　　*Defendant.* | Case No. 3:15-cv-03573-RS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Judge:  Hon. Richard Seeborg |

Plaintiffs Via Vadis, LLC and AC Technologies S.A. ("Plaintiffs") and Defendant Netgear, Inc. ("Defendant) (collectively, "the Parties"), by and through their counsel of record, hereby submit this joint stipulation of dismissal of Plaintiffs' claims against Defendant **with prejudice** in the above-captioned case pursuant to Fed. R. Civ. P. 41(a).

Each party will bear its own costs, expenses and attorneys' fees incurred in this action.

A proposed order granting this Joint Stipulation is attached.

IT IS SO STIPULATED

Dated:  February 16, 2021                                    DINOVO PRICE LLP

                                                             By:     /s/ Andrew G. DiNovo
                                                                     Andrew G. DiNovo

                                                             Attorneys for Plaintiffs
                                                             Via Vadis, LLC and AC Technologies, S.A.


                                                             WILSON SONSINI GOODRICH & ROSATI

                                                             By:     /s/ Ryan R. Smith
                                                                     Ryan R. Smith

                                                             Attorneys for Defendant
                                                             Netgear, Inc.


### ATTESTATION REGARDING SIGNATURES

I, W. Paul Schuck, am the ECF user whose ID and password are being used to file JOINT STIPULATION TO DISMISS. In compliance with Local Rule 5-1(i), I hereby attest that all other signatories have concurred in this filing.

Dated:  February 16, 2021                                    /s/ W. Paul Schuck
                                                             W. Paul Schuck

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs' claims for relief against Defendant are dismissed with prejudice.

IT IS FURTHER OREDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February  16 , 2021

_____
THE HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE